IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYREETA COOPER & DAVID COOPER, h/w | : : : | CIVIL ACTION |
| v. | : : | |
| LIBERTY MUTUAL GENERAL INSURANCE COMPANY | : : | NO. 22-618 |

## ORDER

**AND NOW**, this 14th day of April, 2022, upon consideration of Defendant LM General Insurance Company's Motion to Dismiss Counts II and III of Plaintiffs' Complaint (Docket No. 3), and Plaintiffs' response thereto, which requests that we remand the case to the Court of Common Pleas of Philadelphia County, and for the reason stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' request to remand is **DENIED**.

2. Defendant's Motion to Dismiss is **GRANTED**.

3. Counts II and III of the Complaint are **DISMISSED**.

4. This case is **TRANSFERRED** to the arbitration case management track pursuant to E.D. Pa. Loc. R. Civ. P. 53.2(3).

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.